UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MONCRIEF,<br><br>   Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>   Defendant. | Case No. 16-CV-4505-LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On August 10, 2016, plaintiff, a California prisoner, filed a letter addressed to District Court Judge Thelton E. Henderson complaining about the medical treatment at R.J. Donovan Medical Facility in San Diego, California. That same day, the clerk sent plaintiff a notice that he must submit a complaint within twenty-eight days to avoid dismissal of the action. On August 26, 2016, plaintiff filed a letter stating that he did not intend to proceed with a civil action due to health concerns. He requested that the court "prevent this civil action from going any farther." (Docket No. 4 at 2.)

Plaintiff may voluntarily dismiss his complaint without order of this court by filing a notice of dismissal before the opposing party serves either an answer or motion for summary

1

Case No. 16-cv-4505-LHK (PR)
ORDER OF DISMISSAL

judgment. *See* Fed. R. Civ. P. 41(a)(1)(i).  Here, plaintiff's letter filed August 26, 2016, is construed as a notice of dismissal.  This case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: 9/21/2016

_____
LUCY H. KOH
United States District Judge